# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154622(65)

PATRICIA MERCHAND,
        Plaintiff-Appellee,

v

RICHARD L. CARPENTER M.D.,
        Defendant-Appellant,
and

MID-MICHIGAN EAR, NOSE, AND
THROAT, P.C.,
        Defendant.
_____/

SC: 154622
COA: 327272
Ingham CC: 12-001343-NH

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before December 27, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



Clerk